# UNITED STATES DISTRICT COURT

## District of Minnesota

Martin Rendon Gutierrez

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of
Homeland Security, Todd M. Lyons,
Immigration and Customs Enforcement,
Daren K. Margolin, Executive Office for
Immigration Review, David Easterwood

Respondent(s).

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00168-JMB-LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED THAT:

the Petition (Doc. No. 1) is GRANTED in part and DENIED in part, as follows:

1. Respondents must immediately provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), and in any event, on or before 5:00 p.m. CT on January 16, 2026.

2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention.

3. On or before 11:00 a.m. CT on January 20, 2026, Respondents shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.

4.      Respondents shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the District of Minnesota prior to compliance with Paragraphs 1–3 of this Order.

5.      To the extent Petitioner seeks additional relief, the Petition is DENIED.

Date: 1/20/2026                                                    KATE M. FOGARTY, CLERK